```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF GEORGIA
                  COLUMBUS DIVISION
```

ZACHARY BOUVIER TAYLOR,         *

    Petitioner,             *

vs.                             *
                                    CASE NO. 4:21-CV-214 (CDL)

WARDEN EDWARD PHILBIN,          *

    Respondent.             *

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 15, 2022 is hereby approved, adopted, and made the Order of the Court, including the denial of a certificate of appealability.

The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 22nd day of July, 2022.

                                    s/Clay D. Land
                                    CLAY D. LAND
                                    U.S. DISTRICT COURT JUDGE
                                    MIDDLE DISTRICT OF GEORGIA